United States District Court
Eastern District of Louisiana

Henderson Ford                               Civil Action

                                             18-4763

vs                                           Case No

                                             SECT. H MAG. 4

Caldevia Cleaners And                        Section
Dyer

## Complaint

### Jurisdiction

American with Disabilities Act of 1990, 42:12112 and 42:12182

### Supplemental Jurisdiction

Louisiana Civil Rights For Person with Disabilities Act R.S 46:2253 and LS.42:2256(B)

### Parties

Plaintiff Henderson Ford

Defendant Caldevia Cleaners and Dyer

Fee ___ Process ___ X Dktd ___ CtRmDep ___ Doc. No. ___

## COMPLAINT

(1) PLAINTIFF CONTENDS THAT ON OR ABOUT FEBRUARY 25, 2018 PLAINTIFF TRY TO IN CALDERA CLEANER AND DYER TO SEE HOW MUCH IT COST TO CLEAN AND PRESS PANTS. PLAINTIFF WAS DENIED ACCESS TO THIS BUSINESS BECAUSE THE BUSINESS DID NOT HAVE A HANDICAPP RAMP FOR PERSON IN A WHEELCHAIR

(2) PLAINTIFF CONTEND THAT HE IS HANDICAPP BECAUSE HIS RIGHT LEG IS CUT OFF (6) INCHES BELOW HIS KNEE.

(3) ON MARCH 1, 2018 PLAINTIFF MAILED THE DEFENDANT A NOTICE OF ACTION EXPLAINING HOW THE DEFENDANT IS VIOLATING THE AMERICANS WITH DISABILITIES ACT

(4) PLAINTIFF CONTEND THAT THE DEFENDANT NEVER RESPOND TO THE NOTICE OF ACTION.

(5) ON April 11, 2018 PLAINTIFF SENT THE DEFENDANT ANOTHER NOTICE OF ACTION INFORMING THE DEFENDANT TO COMPLY WITH THE AMERICAN WITH DISABILITIES ACT AND IF YOU THE DEFENDANT DO NOT GET IN TOUCH BY April 27, 2018 A CIVIL COMPLAINT WILL BE FILED

(6) PLANTIFF CONTEND THAT THE DEFENDANT did not respond to this second notice of Action

(7) PLANTIFF CONTEND THAT THE DEFENDANT DENIED PLANTIFF to service, goodwill his enjoyment of life to go freely in and out of place of public accommodation

## RELIEF

(8) THE DEFENDANT TO PAY ALL COURT COST

(9) PLANTIFF REQUEST trial by Jury

(10) THE DEFENDANT to pay PLANTIFF TWENTY-FIVE Thousand dollars ($25,000.00) for denying him his enjoyment of life

(11) THE DEFENDANT to pay PLANTIFF TWENTY five Thousand dollars ($25,000.00) for violating his civil rights under American with Disabilities Act

(12) THE DEFENDANT to pay PLANTIFF TWENTY five Thousand dollars ($25,000.00) for violating his civil rights under Louisiana civil right for person with Disabilities Act

CR2 PLANTIFF BE AWARDED COST.

Thus done on this date of May 1, 2018

Respectfully submitted
*Henderson Ford*
HENDERSON FORD
2134 FRANKLIN AVE
NEW ORLEANS LA 70117
(802) 200-8870