UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HENDERSON FORD | CIVIL ACTION |
| VERSUS | NO. 18-4763 |
| CARDELLA CLEANERS AND DRYER | SECTION "H"(4) |

## ORDER OF DISMISSAL

**IT IS ORDERED** plaintiff's claims against defendant Cardella Cleaners and Dryer are dismissed without prejudice for failure to comply with this court's order entered October 31, 2018 (R. Doc. 9).

Signed New Orleans, LA this 22nd day of March, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE